tively, are denied. *Idalio F. Santos,* pro se, petitioner. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for respondent.

M. P. No. 78-188. SECURITY BANK AND TRUST *v.* BOARD OF BANK, INC. *et al.* Petition for writ of certiorari and prayer for stay are denied. *Roberts & Willey Incorporated, David W. Carroll,* for petitioner. *Tillinghast, Collins & Graham, Edward J. Regan, Robert M. Schacht,* for respondents.

M. P. No. 78-192. GERTRUDE M. JAYNE FOWLER *v.* IMPERIAL KNIFE ASSOCIATED COMPANIES, INC. Petition for writ of certiorari is denied. *Gertrude M. Jayne Fowler,* pro se, petitioner. *Richard E. Simms,* for respondent.

M. P. No. 78-197. STATE *v.* JOHN CARILLO. Petition for writ of certiorari is granted. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, *Dale G. Anderson,* Assistant Public Defender, for defendant-petitioner.

June 19, 1978.

Appeal No. 76-420. THOMAS F. SMITH, JR., *et al. v.* WALTER CURTIN *et al.* The defendants in this Superior Court civil action are members of the Cumberland School Committee. The plaintiffs, in instituting this suit, have sought to compel the defendants to pay the costs of their son's continued enrollment in a special education program at the Emma Pendleton Bradley Hospital. It is conceded that the Smiths' young son is an "emotionally handicapped" and "orthopedically handicapped" child. The plaintiffs are before us on their appeal from a judgment entered in the Superior Court granting the defendants' motion to dismiss the complaint because the plaintiffs had failed to exhaust their administrative remedies prior to seeking judicial relief.

Subsequent to the filing of their appeal, plaintiffs commenced a civil action in the United States District Court